**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIELLE EDWARDS,

Plaintiff,

v. Case No.: 6:26-cv-01925-CEM-LHP

ELEVANCE HEALTH, INC.,

Defendant,

---

**ORDER**

Before the Court is Plaintiff's *pro se* "Statement Regarding Timeliness and Request for Equitable Tolling." Doc. No. 6. The filing has been construed as a motion and referred to the undersigned. Upon consideration, the motion (Doc. No. 6) is **DENIED without prejudice**. The motion does not include a memorandum of legal authority as required by Local Rule 3.01(b). The motion relatedly does not establish, by citation to legal authority or otherwise, the propriety of the relief sought, to include a judicial determination that equitable tolling applies at this stage of the case, prior to Defendant's appearance, or based on the facts presented.

Any renewed motion must comply in full with the Local Rules and include a memorandum of legal authority demonstrating the propriety of the relief sought. Local Rule 3.01(b). *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*,

493 U.S. 863 (1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

Because Plaintiff proceeds *pro se*, Plaintiff is directed to the Court's website, http://www.flmd.uscourts.gov. On the Court's homepage, Plaintiff can find basic information and resources for parties who are proceeding without a lawyer in a civil case by clicking on the "For Litigants" tab and then clicking on "Litigants without Lawyers." The Local Rules are also available on the website, at https://www.flmd.uscourts.gov/local-rules/filing-a-case.

Plaintiff is also advised that the Orlando Chapter of The Federal Bar Association operates a Legal Information Program. Through that program, *pro se* litigants may meet with a lawyer for free to ask general questions about procedures governing cases in federal court. Virtual and in-person appointments are available every Tuesday from 11:00 a.m. to 12:30 p.m.

To request an appointment, *pro se* litigants may visit https://outlook.office365.com/owa/calendar/FederalLegalInformationClinicPublicRegistration@clsmf.org/bookings/. For assistance making an appointment, call the Clerk's Office at (407) 835-4200 or visit the Clerk's Office check-in window. A brochure with more information about the program is available on the Court's website, www.flmd.uscourts.gov/legal-information-program.

**DONE** and **ORDERED** in Orlando, Florida on September 2, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties